1  MARK S. RENNER – SBN 121008
   WYLIE, McBRIDE, JESINGER, PLATTEN & RENNER
2  2125 Canoas Garden Avenue Suite 120
   San Jose, California 95125
3  Telephone:   408.979-2920
   Facsimile:   408.979-2934
4  mrenner@wmjpr.com

5  Attorneys for Plaintiff TRUSTEES

**FILED**

AUG 10 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

Filed in Paper

**LODGED**

JUL - 8 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF VALLEY CARPET LAYERS INDUSTRY TRUST FUNDS,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL DEWEESE, individually, and dba COMMERCIAL FLOORING SPECIALTIES,<br><br>Defendants. | Case No. CIV. S-03-1619 MCE GGH<br><br>**ORDER FOR EXAMINATION OF JUDGMENT DEBTOR** |

TO: **MICHAEL DEWEESE**

**NOTICE TO JUDGMENT DEBTOR. IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.**

You the above-named Judgment Debtor ARE HEREBY ORDERED to appear personally on Sept. 1, 2005 at 10:00, before the Honorable Gregory G. Hollows in Courtroom 24, located at the U.S. Courthouse, 501 "I" Street, Sacramento CA 95814, then and there to be examined under oath concerning your property or other matters material to the proceedings.

1

ORDER FOR EXAMINATION OF JUDGMENT DEBTOR
Case No. CIV. S-03-1619 MCE GGH

This Order must be served on the Defendant no less than ten (10) days before the hearing.

8/10/05

_GREGORY G. HOLLOWS_
Judge of the United States District Court

ORDER FOR EXAMINATION OF JUDGMENT DEBTOR
Case No. CIV. S-03-1619 MCE GGH

2